

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00019-CV

IN RE: THE COMMITMENT OF
GREGORY A. JONES

§   On Appeal from the 89th District
    Court

§
    of Wichita County (185,786-C)

§
    February 28, 2019

§
    Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that appellee, The State of Texas shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth